THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATIENT ACCOUNTING
SERVICE CENTER, LLC, d/b/a
GETIX HEALTH, LLC,

      Plaintiff,

v.                                                          3:22-CV-1170
                                                            (JUDGE MARIANI)
BETH M. EBLING, et al.,

      Defendants.

## ORDER

**AND NOW, THIS 2ND DAY OF SEPTEMBER, 2022,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Temporary Restraining Order and a Preliminary Injunction (Doc. 8) is **DENIED**.

2. The Temporary Restraining Order issued on August 14, 2022 (Doc. 14) and amended by this Court on August 26, 2022 (Doc. 22) is **DISSOLVED**.

Robert D. Mariani
United States District Judge